COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTIONS

Appellate case name:          In the Interest of K.L.W., A Child

Appellate case number:     01-18-00485-CV

Trial court case number:    2017-02559J

Trial court:                          314th District Court of Harris County

On August 13, 2018, the district clerk filed the amended notice of appeal, filed by Valeria Brock, appointed counsel for the father, R.D.W., on August 9, 2018, in the trial court to amend the pro se notice of appeal that was prematurely filed on April 16, 2018. *See* TEX. R. APP. P. 25.1(g). This Court deems B.B.C. and R.D.W.'s April 16, 2018 premature pro se notice of appeal as timely filed on May 3, 2018, after the final decree of termination was signed. *See* TEX. R. APP. P. 25.1(g), 27.1(a), 27.2.

This Court's August 10, 2018 Order of Abatement had granted appellant R.D.W.'s counsel's motion to abate this case for the trial court to consider counsel's motion to withdraw. On August 22, 2018, the supplemental reporter's record of the August 21, 2018 hearing was filed. Then on September 4, 2018, the second supplemental clerk's record was filed in this Court attaching the district court's August 22, 2018 order denying Brock's motion to withdraw, which also found that R.D.W. was indigent and entitled to counsel.

On August 15, 2018, appellants B.B.C. and R.D.W. filed various pro se motions, including a motion to strike the *Anders* brief filed by Juliane Crow, appointed counsel for B.B.C. on August 8, 2018. On August 22 and 23, 2018, appellants filed pro se emergency motions for a ruling on their plea to appellate jurisdiction and for judicial notice. On August 30, 2018, appellants filed an amended pro se *Anders* response. Then on September 4, 2018, appellants filed an emergency motion for the reporter's record.

Accordingly, the Court **directs** the Clerk of this Court to **REINSTATE** this case, and **Valeria Brock**, is **ORDERED** to file an appellant's brief for R.D.W. **within 10 days of the date of this Order.** If an *Anders* brief is filed for R.D.W., a motion to withdraw must be filed in this Court, and then the appellate records will be ordered to be delivered to the pro se appellants. Finally, the Court **DENIES** all of appellants' pending pro se motions.

It is so ORDERED.

Judge's signature:    Laura Carter Higley_

                                  X  Acting individually ☐ Acting for the Panel

Date: September 11, 2018